1   Scott Edward Cole, Esq. (S.B. # 160744)
2   Hannah R. Salassi, Esq. (S.B. # 230117)
    **SCOTT COLE & ASSOCIATES, APC**
3   1970 Broadway, Ninth Floor
    Oakland, California 94612
4   Telephone: (510) 891-9800
    Facsimile:  (510) 891-7030
5   Email:   scole@scalaw.com
    Email:   hsalassi@scalaw.com
6   Web:     www.scalaw.com

7   Attorneys for Representative Plaintiff
8   and the Plaintiff Class

9   Steven W. Moore, State Bar No. 193068
    steven.moore@ogletreedeakins.com
10  Evan R. Moses, State Bar No. 198099
    evan.moses@ogletreedeakins.com
11  Erica K. Rocush, State Bar No. 262354
    erica.rocush@ogletreedeakins.com,
12  **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
    Steuart Tower, Suite 1300
13  One Market Plaza
    San Francisco, CA 94105
14  Telephone:  415.442.4810
    Facsimile:  415.442.4870
15
16  Attorneys for Defendant TSA STORES, INC. d/b/a Sports Authority

17              **UNITED STATES DISTRICT COURT**

18      **NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

19

20  KHANH NIELSON, individually, and     )   **Case No. CV-11-4724 SBA**
21  on behalf of all others similarly    )
    situated,                            )   **CLASS ACTION**
22                                       )
                      Plaintiffs,        )   **STIPULATION AND [PROPOSED] ORDER**
23                                       )   **CONTINUING CLASS CERTIFICATION**
    vs.                                  )   **BRIEFING SCHEDULE**
24                                       )
    THE SPORTS AUTHORITY,                )
25  and DOES 1 through 100, inclusive,   )   **Judge: Hon. Saundra Brown Armstrong**
                                         )
26                  Defendants.          )
27
28

*Sidebar (vertical text):* SCOTT COLE & ASSOCIATES, APC ATTORNEYS AT LAW THE WACHOVIA TOWER 1970 BROADWAY, NINTH FLOOR OAKLAND, CA 94612 TEL: (510) 891-9800

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL. (510) 891-9800

1   Plaintiff Khanh Nielson ("Plaintiff") and Defendant TSA Stores, Inc. d/b/a Sports Authority
2   ("Defendant"), by and through their respective counsel of record named herein, hereby stipulate as
3   follows:

4   **WHEREAS,** prior to the February 22, 2012 Initial Case Management Conference, the parties
5   agreed to attend private mediation;

6   **WHEREAS,** this Court set the following deadlines regarding class certification at the
7   February 22, 2012 Initial Case Management Conference: Motion for Class Certification, September
8   21, 2012; Opposition to the Motion for Class Certification, October 19, 2012; Reply to Motion for
9   Class Certification, November 7, 2012; and, the hearing on the Motion for Class Certification,
10  December 11, 2012. (*see Dckt No.* 18);

11  **WHEREAS,** the earliest date by which mediation can be scheduled with the parties'
12  preferred mediator is July 2012;

13  **WHEREAS,** the parties have informally agreed to postpone resolution of outstanding
14  discovery disputes until immediately after the mediation session;

15  **WHEREAS,** should mediation prove unsuccessful, the parties will require the completion of
16  substantial written discovery and depositions in preparation for Plaintiff's Motion for Class
17  Certification;

18  **WHEREAS,** the parties will have insufficient time to complete such discovery, should
19  mediation fail, under the current briefing schedule;

20  **WHEREAS,** there have been no prior modifications to the class certification briefing
21  schedule; and

22  **THEREFORE,** the parties, through their undersigned respective counsel, stipulate and
23  request that the Court hereby continue the class certification briefing schedule as follows:

24  • Motion for Class Certification due:                                      April 19, 2013;
25  • Opposition to Motion for Class Certification due:              May 17, 2013;
26  • Reply to Opposition to Motion for Class Certification due:   June 5, 2013; and
27  • Hearing on Motion for Class Certification:                     *To be set by the Court*
28

1    **IT IS SO STIPULATED.**

2

3    Dated: April 2, 2012

4                                    **SCOTT COLE & ASSOCIATES, APC**

5

6                           By:   /s/ Hannah R. Salassi
7                                 Hannah R. Salassi, Esq.
                                   Attorneys for the Representative Plaintiffs
8                                 and the Plaintiff Class

9

10   Dated: April 2, 2012

11                                   **OGLETREE, DEAKINS, NASH,**
                                      **SMOAK & STEWART, P.C.**

12

13

14                          By:   /s/ Erica K. Rocush
                                   Erica K. Rocush, Esq.
15                                Attorneys for Defendant
                                   TSA STORES, INC

16

17

18

19

20

21

22

23

24

25

26

27

28

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

1

**[PROPOSED] ORDER**

2    **IT IS HEREBY ORDERED** that:

3        The Class Certification briefing schedule is hereby continued as follows:

4      •   Motion for Class Certification due:                   March 15, 2013;

5      •   Opposition to Motion for Class Certification due:      April 12, 2013;

6      •   Reply to Opposition to Motion for Class Certification due:   May 1, 2013; and,

7      •   Hearing on Motion for Class Certification:            _____, 2013

8

9    For good cause shown, **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

10

11

12    Dated: _____         _____

13                                       The Honorable Saundra Brown Armstrong
                                      United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800