Scott Edward Cole, Esq. (S.B. # 160744)
Hannah R. Salassi, Esq. (S.B. # 230117)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile:  (510) 891-7030
Email:   scole@scalaw.com
Email:   hsalassi@scalaw.com
Web:     www.scalaw.com

Attorneys for Representative Plaintiff
and the Plaintiff Class

Steven W. Moore, State Bar No. 193068
steven.moore@ogletreedeakins.com
Evan R. Moses, State Bar No. 198099
evan.moses@ogletreedeakins.com
Erica K. Rocush, State Bar No. 262354
erica.rocush@ogletreedeakins.com,
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone:  415.442.4810
Facsimile:   415.442.4870

Attorneys for Defendant TSA STORES, INC. d/b/a Sports Authority

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| KHANH NIELSON, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE SPORTS AUTHORITY, and DOES 1 through 100, inclusive,<br><br>Defendants. | **Case No. CV-11-4724 SBA**<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CLASS CERTIFICATION BRIEFING SCHEDULE**<br><br>**Judge: Hon. Saundra Brown Armstrong** |

1    Plaintiff Khanh Nielson ("Plaintiff") and Defendant TSA Stores, Inc. d/b/a Sports Authority
2 ("Defendant"), by and through their respective counsel of record named herein, hereby stipulate as
3 follows:
4    **WHEREAS,** prior to the February 22, 2012 Initial Case Management Conference, the parties
5 agreed to attend private mediation;
6    **WHEREAS,** this Court set the following deadlines regarding class certification at the
7 February 22, 2012 Initial Case Management Conference: Motion for Class Certification, September
8 21, 2012; Opposition to the Motion for Class Certification, October 19, 2012; Reply to Motion for
9 Class Certification, November 7, 2012; and, the hearing on the Motion for Class Certification,
10 December 11, 2012. (*see Dckt No.* 18);
11    **WHEREAS,** the earliest date by which mediation can be scheduled with the parties'
12 preferred mediator is July 2012;
13    **WHEREAS,** the parties have informally agreed to postpone resolution of outstanding
14 discovery disputes until immediately after the mediation session;
15    **WHEREAS,** should mediation prove unsuccessful, the parties will require the completion of
16 substantial written discovery and depositions in preparation for Plaintiff's Motion for Class
17 Certification;
18    **WHEREAS,** the parties will have insufficient time to complete such discovery, should
19 mediation fail, under the current briefing schedule;
20    **WHEREAS,** there have been no prior modifications to the class certification briefing
21 schedule; and
22    **THEREFORE,** the parties, through their undersigned respective counsel, stipulate and
23 request that the Court hereby continue the class certification briefing schedule as follows:
24 • Motion for Class Certification due:         April 19, 2013;
25 • Opposition to Motion for Class Certification due:   May 17, 2013;
26 • Reply to Opposition to Motion for Class Certification due:   June 5, 2013; and
27 • Hearing on Motion for Class Certification:       *To be set by the Court*
28

SCOTT COLE & ASSOCIATES, APC
ATTORNEY'S AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL.: (510) 891-9800

**IT IS SO STIPULATED.**

Dated: April 2, 2012

        **SCOTT COLE & ASSOCIATES, APC**


By: /s/ Hannah R. Salassi
   Hannah R. Salassi, Esq.
   Attorneys for the Representative Plaintiffs
   and the Plaintiff Class

Dated: April 2, 2012

        **OGLETREE, DEAKINS, NASH,
        SMOAK & STEWART, P.C.**


By: /s/ Erica K. Rocush
   Erica K. Rocush, Esq.
   Attorneys for Defendant
   TSA STORES, INC

1 **ORDER**

2 **IT IS HEREBY ORDERED** that:

3     The Class Certification briefing schedule is hereby continued as follows:

4   • Motion for Class Certification due:     1/29/13

5   • Opposition to Motion for Class Certification due:     2/12/13

6   • Reply to Opposition to Motion for Class Certification due:     2/19/13

7   • Hearing on Motion:     3/19/13 at 1:00 p.m.

9 For good cause shown, **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

12 Dated: 5-31-12     *Saundra B Armstrong*

13     The Honorable Saundra Brown Armstrong
    United States District Judge

-4-
Stipulation And [Proposed] Order Continuing Class Certification Briefing Schedule