UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KHANH NIELSON, individually, and on behalf of all other similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>THE SPORTS AUTHORITY and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No: C 11-4724 SBA<br><br>**ORDER CONTINUING MOTION HEARING**<br><br>Docket 24 |

The hearing on Plaintiff's Motion for Preliminary Approval scheduled for October 16, 2012 is CONTINUED to November 13, 2012 at 1:00 p.m. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court, in its discretion, may resolve the motion without oral argument. The parties are advised to check the Court's website to determine whether a court appearance is required.

IT IS SO ORDERED.

Dated: October 11, 2012

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge