UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIELSON<br><br>    Plaintiff(s),<br><br> v.<br><br>TSA STORES INC. ET AL<br><br>    Defendant(s).<br>_____/ | No. C- 11-04724 SBA (EDL)<br><br>ORDER VACATING SETTLEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

The parties to this matter having advised the Court that they have agreed to a settlement, it is hereby ORDERED that the Settlement Conference set for May 15, 2013 is VACATED.

Dated: May 10, 2013

_____
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge