| | |
|---|---|
| 1 | Scott Edward Cole, Esq. (S.B. # 160744) |
| | Hannah R. Salassi, Esq. (S.B. # 230117) |
| 2 | **SCOTT COLE & ASSOCIATES, APC** |
| | 1970 Broadway, Ninth Floor |
| 3 | Oakland, California 94612 |
| | Telephone: (510) 891-9800 |
| 4 | Facsimile:  (510) 891-7030 |
| | Email:   scole@scalaw.com |
| 5 | Email:   hsalassi@scalaw.com |
| | Web:     www.scalaw.com |
| 6 | |
| 7 | Attorneys for Representative Plaintiff |
| | and the Plaintiff Class |
| 8 | |
| | Steven W. Moore, State Bar No. 193068 |
| 9 | steven.moore@ogletreedeakins.com |
| | Evan R. Moses, State Bar No. 198099 |
| 10 | evan.moses@ogletreedeakins.com |
| | Erica K. Rocush, State Bar No. 262354 |
| 11 | erica.rocush@ogletreedeakins.com, |
| | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.** |
| 12 | Steuart Tower, Suite 1300 |
| 13 | One Market Plaza |
| | San Francisco, CA 94105 |
| 14 | Telephone:  415.442.4810 |
| | Facsimile:   415.442.4870 |
| 15 | |
| 16 | Attorneys for Defendant TSA STORES, INC. d/b/a Sports Authority |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| KHANH NIELSON, individually, and on behalf of all others similarly situated, | Case No. CV-11-4724 SBA |
| | **CLASS ACTION** |
| Plaintiffs, | |
| | **STIPULATION AND [PROPOSED] ORDER TO VACATE TRIAL DATE** |
| vs. | |
| THE SPORTS AUTHORITY, and DOES 1 through 100, inclusive, | **Judge: Hon. Saundra Brown Armstrong** |
| Defendants. | |

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

-1-
Stipulation And [Proposed] Order To Vacate Trial Date

1  Plaintiff Khanh Nielson ("Plaintiff") and Defendant TSA Stores, Inc. d/b/a Sports Authority
2  ("Defendant"), by and through their respective counsel of record named herein, hereby stipulate as
3  follows:
4  **WHEREAS,** the parties reached a settlement of all claims alleged in the instant action on
5  August 30, 2012;
6  **WHEREAS,** currently pending before this Court is the parties' Stipulated Ex Parte
7  Application for Order: (1) Granting Preliminary Approval of Class Action Settlement; (2) Granting
8  Conditional Certification of the Settlement Class; (3) Appointing Class Counsel, Class
9  Representative and Claims Administrator; and (4) Approving First Amended Complaint , Class
10 Notice , Claim Form, Request for Exclusion Form, filed June 7, 2013;
11 **WHEREAS,** the parties do not wish to proceed to trial in this matter;
12 **THEREFORE,** the parties, through their undersigned respective counsel, stipulate and
13 request that the Court hereby vacate the jury trial date currently scheduled for July 8, 2013, and
14 scheduled to continue for 10 trial days.

**IT IS SO STIPULATED.**

Dated: June 24, 2013

**SCOTT COLE & ASSOCIATES, APC**

By: /s/ Hannah R. Salassi
Hannah R. Salassi, Esq.
Attorneys for the Representative Plaintiffs
and the Plaintiff Class

Dated: June 24, 2013

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

By: /s/ Evan R. Moses
Evan R. Moses, Esq.
Attorneys for Defendant
TSA STORES, INC

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

1 | **[PROPOSED] ORDER**

2 | **IT IS HEREBY ORDERED** that:

3 | The jury trial date currently scheduled for July 8, 2013, and to continue for 10 trial days
4 | thereafter, is hereby vacated.

5 |

6 | For good cause shown, **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

7 |

8 |
9 | Dated: 6/28/13                    *Saundra B. Armstrong*
   | The Honorable Saundra Brown Armstrong
10 | United States District Judge

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

Stipulation And [Proposed] Order To Vacate Trial Date