1  Scott Edward Cole, Esq. (S.B. # 160744)
   Hannah R. Salassi, Esq. (S.B. # 230117)
2  **SCOTT COLE & ASSOCIATES, APC**
   1970 Broadway, Ninth Floor
3  Oakland, California 94612
   Telephone: (510) 891-9800
4  Facsimile: (510) 891-7030
   Email: scole@scalaw.com
5  Email: hsalassi@scalaw.com
   Web: www.scalaw.com
6
   Attorneys for Representative Plaintiff
7  and the Plaintiff Class

8

9              UNITED STATES DISTRICT COURT

10         NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

11

12  KHANH NIELSON, individually, and         ) Case No. CV-11-4724 SBA
    on behalf of all others similarly        )
13  situated,                                ) **CLASS** **ACTION**
                                             )
14              Plaintiffs,                  ) **[PROPOSED]** ORDER APPROVING CLASS
                                             ) NOTICE
15  vs.                                      )
                                             )
16  THE SPORTS AUTHORITY,                    )
    and DOES 1 through 100, inclusive,       ) **Judge:   Saundra Brown Armstrong**
17                                           )
                Defendants                   )
18

19      The Court, having carefully reviewed the proposed Class Notice, attached hereto as Exhibit

20  A, and good cause appearing, hereby **ORDERS THAT**:

21      1.   This Court approves the Class Notice attached hereto, and said Class Notice shall be

22  provided to Settlement Class members as set forth in the Settlement.

23

24  **IT IS SO ORDERED.**

25

26  Dated: _8-16-13                        *Saundra B Armstrong*
                                           The Honorable Saundra Brown Armstrong
27                                         United States District Court Judge

28

---
-1-
[Proposed] Order Approving Class Notice