Scott Edward Cole, Esq. (S.B. # 160744)
Hannah R. Salassi, Esq. (S.B. # 230117)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
Email: scole@scalaw.com
Email: hsalassi@scalaw.com
Web: www.scalaw.com

Attorneys for Representative Plaintiff
and the Plaintiff Class

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| KHANH NIELSON, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE SPORTS AUTHORITY, and DOES 1 through 100, inclusive,<br><br>Defendants | **Case No. CV-11-4724 SBA**<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO APPOINT SETTLEMENT ADMINISTRATOR PURSUANT TO CIVIL LOCAL RULE 7-11**<br><br>**Judge:   Saundra Brown Armstrong** |

The Court, having carefully reviewed Plaintiff's Administrative Motion to Appoint Settlement Administrator Pursuant to Civil Local Rule 7-11 and good cause appearing, hereby **ORDERS THAT**:

1. CPT Group, Inc. is approved as Settlement Administrator for the preliminarily approved Class Action Settlement.

**IT IS SO ORDERED.**

Dated: 8/20/2013

*Saundra B Armstrong*
The Honorable Saundra Brown Armstrong
United States District Court Judge

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL.: (510) 891-9800