UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KHANH NIELSON, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>THE SPORTS AUTHORITY, and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No:  C 11-4724 SBA<br><br>**JUDGMENT** |

IT IS HEREBY ORDERED THAT final judgment is entered consistent with the Court's Order Granting Plaintiff's Motion for Final Approval of Class Action Settlement. This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

IT IS SO ORDERED.

Dated: January 22, 2014

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge